**A PHYSMED DIRECT: PHYSICIANS' MEDICINE DIRECT HOLDINGS COMPANY**

# FILED
4-3-17  LCN
APR 03 2017



**MEDICAL AUXILIARY NETWORK**

VENDETTA NAGASK CECE-JACKOWIAK
P.O. BOX 1410
CHICAGO, ILLINOIS 60690
TEL.: (224) 600-4144
EMAIL: MEDICALAUXILIARYNETWORK@GMAIL.COM

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

TUESDAY; MARCH 14TH, 2017

MEMORANDUM

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION
THOMAS G. BRUTON, CLERK OF COURT
EVERETT MCKINLEY DIRKSEN UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
TEL.: (312) 435-5670
WEBSITE: HTTP://WWW.ILND.USCOURTS.GOV/CLERKOFFICE.ASPX
ATTENTION: CLERK OF COURT

**RECEIVED**

APR -3 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAILING

RE: CIVIL RIGHTS COMPLAINT UNDER THE U.S. CONSTITUTION ("BIVENS ACTION") PURSUANT TO TITLE 28 U.S.C. § 1331, VENDETTA N. CECE-JACKOWIAK V. WELLS FARGO BANK, N.A. ET AL.

DEAR NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION CLERK OF THE COURT:

GREETINGS, ENCLOSED PLEASE FIND AND REVIEW THE FOLLOWING DOCUMENTS FROM THE ABOVE SAID COMPANY AND INDIVIDUAL THAT WERE INCIDENTALLY LEFT OUT OF THE ORIGINAL MAILINGS' IN FORMA PAUPERIS APPLICATION FOR THE ABOVES SAID CASE'S SUBJECT-MATTER.

- 8 COPIES OF THE KCN INQUIRY — WEB BASED REPORT MODULE RESIDENT FUNDS INQUIRY FOR THE COOK COUNTY ILLINOIS DEPARTMENT OF CORRECTIONS' COMMISSARY RECEIPT INFORMATION FOR THE PLAINTIFF VENDETTA N. CECE-JACKOWIAK'S ACCOUNT ACTIVITY

PLEASE ADD THE SAID INDIVIDUAL COPIES OF THE SAID RECEIPT TO THE SAID CASE'S IN FORMA PAUPERIS APPLICATION FOR THE ABOVE SAID CIVIL RIGHTS CASE COMPLAINT FOR THE STATE OF ILLINOIS MEDICAL AUXILIARY NETWORK'S ("MAN") CONNECTED STATE OF ILLINOIS VENDETTA VELOCITY VENGEANCE CORPORATION ("3VC").

IF YOU HAVE ANY QUESTIONS, AND OR YOU NEED FURTHER INSIGHT INFORMATION, PLEASE LET ME KNOW.

SINCERELY,

*Vendetta M. Cece-Jackowiak*

VENDETTA NAGASK CECE-JACKOWIAK
C. EXECUTIVE OPERATIONS DIRECTOR

**17 CV 2671
JUDGE LEFKOW
MAGISTRATE JUDGE SCHENKIER**

NAK:VNC-J



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
CLERK

312-435-5670

March 22, 2017

Vendetta Nagask Cece-Jackowiak
P.O. Box 1410
Chicago, IL  60690

Dear Ms. Cece-Jackowiak,

We have no record of this case.  Please provide a case number.

Sincerely,

Thomas G. Bruton

Thomas G. Bruton

CLERK OF THE
UNITED STA
CHICAGO, IL 60604

OFFICIAL BUSINESS

Vendetta Nagask Cece-Jackowiak
P.O. Box 1410
Chicago, IL 60690

neopost
03/22/2017
US POSTAGE
$0.

## Resident Funds Inquiry
Print Page Content
Reset Password
Logout

Resident ID: 20161021178 [ Submit ]

Resident ID: **20161021178**
Resident Name: **CECE-JACKOWIAK , VENDETTA**
Date of Birth: **1977-10-19**
Location: **A - 085F - -D4-2 - .**

## Account Activity:                                                          Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|-------------|------|-------------|--------|---------|-----|------|-----------|-------|
| 11/08/2016 | 120801230 | EPR | OID:102406288-ComisaryPurch-Reg | -24.92 | 0.28 | 0.00 | 0.00 | 0.00 | 0.28 |
| 11/07/2016 | 120790331 | SECUREDEPOSITS | 25511847 Galloway Wendeline | 25.00 | 25.20 | 0.00 | 0.00 | 0.00 | 25.20 |
| 11/01/2016 | 120774292 | EPR | OID:102401074-ComisaryPurch-Reg | -49.80 | 0.20 | 0.00 | 0.00 | 0.00 | 0.20 |
| 10/23/2016 | 120735474 | SECUREDEPOSITS | 25240759 Galloway Wendeline | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |

## Resident Funds Inquiry

Print Page Content
Reset Password
Logout

Resident ID: 20161021178     Submit

Resident ID: **20161021178**
Resident Name: **CECE-JACKOWIAK , VENDETTA**
Date of Birth: **1977-10-19**
Location: **A - 085F - -D4-2 - .**

### Account Activity:

Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|-------------|------|-------------|--------|---------|-----|------|------------|-------|
| 11/08/2016 | 120801230 | EPR | OID:102406288-ComisaryPurch-Reg | -24.92 | 0.28 | 0.00 | 0.00 | 0.00 | 0.28 |
| 11/07/2016 | 120790331 | SECUREDEPOSITS | 25511847 Galloway Wendeline | 25.00 | 25.20 | 0.00 | 0.00 | 0.00 | 25.20 |
| 11/01/2016 | 120774292 | EPR | OID:102401074-ComisaryPurch-Reg | -49.80 | 0.20 | 0.00 | 0.00 | 0.00 | 0.20 |
| 10/23/2016 | 120735474 | SECUREDEPOSITS | 25240759 Galloway Wendeline | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |

## Resident Funds Inquiry

Print Page Content
Reset Password
Logout

Resident ID: 20161021178    [ Submit ]

Resident ID: **20161021178**
Resident Name: **CECE-JACKOWIAK , VENDETTA**
Date of Birth: **1977-10-19**
Location: **A - 085F - -D4-2 - .**

### Account Activity:

Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|-------------|------|-------------|--------|---------|-----|------|------------|-------|
| 11/08/2016 | 120801230 | EPR | OID:102406288-ComisaryPurch-Reg | -24.92 | 0.28 | 0.00 | 0.00 | 0.00 | 0.28 |
| 11/07/2016 | 120790331 | SECUREDEPOSITS | 25511847 Galloway Wendeline | 25.00 | 25.20 | 0.00 | 0.00 | | 0.00 25.20 |
| 11/01/2016 | 120774292 | EPR | OID:102401074-ComisaryPurch-Reg | -49.80 | 0.20 | 0.00 | 0.00 | 0.00 | 0.20 |
| 10/23/2016 | 120735474 | SECUREDEPOSITS | 25240759 Galloway Wendeline | 50.00 | 50.00 | 0.00 | 0.00 | | 0.00 50.00 |

KCN Inquiry - Web Based Report Module

## Resident Funds Inquiry
Print Page Content
Reset Password
Logout

Resident ID: 20161021178     [ Submit ]

Resident ID: **20161021178**
Resident Name: **CECE-JACKOWIAK , VENDETTA**
Date of Birth: **1977-10-19**
Location: **A - 085F - -D4-2 - .**

### Account Activity:

Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|------------|------|-------------|--------|---------|-----|------|-----------|-------|
| 11/08/2016 | 120801230 | EPR | OID:102406288-ComisaryPurch-Reg | -24.92 | 0.28 | 0.00 | 0.00 | 0.00 | 0.28 |
| 11/07/2016 | 120790331 | SECUREDEPOSITS | 25511847 Galloway Wendeline | 25.00 | 25.20 | 0.00 | 0.00 | 0.00 | 25.20 |
| 11/01/2016 | 120774292 | EPR | OID:102401074-ComisaryPurch-Reg | -49.80 | 0.20 | 0.00 | 0.00 | 0.00 | 0.20 |
| 10/23/2016 | 120735474 | SECUREDEPOSITS | 25240759 Galloway Wendeline | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |

## Resident Funds Inquiry

Print Page Content
Reset Password
Logout

Resident ID: 20161021178     Submit

Resident ID: **20161021178**
Resident Name: **CECE-JACKOWIAK , VENDETTA**
Date of Birth: **1977-10-19**
Location: **A - 085F - -D4-2 - .**

### Account Activity:

Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|-------------|------|-------------|--------|---------|-----|------|------------|-------|
| 11/08/2016 | 120801230 | EPR | OID:102406288-ComisaryPurch-Reg | -24.92 | 0.28 | 0.00 | 0.00 | 0.00 | 0.28 |
| 11/07/2016 | 120790331 | SECUREDEPOSITS | 25511847 Galloway Wendeline | 25.00 | 25.20 | 0.00 | 0.00 | 0.00 | 25.20 |
| 11/01/2016 | 120774292 | EPR | OID:102401074-ComisaryPurch-Reg | -49.80 | 0.20 | 0.00 | 0.00 | 0.00 | 0.20 |
| 10/23/2016 | 120735474 | SECUREDEPOSITS | 25240759 Galloway Wendeline | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |

## Resident Funds Inquiry

Print Page Content
Reset Password
Logout

Resident ID: 20161021178    Submit

Resident ID: **20161021178**
Resident Name: **CECE-JACKOWIAK , VENDETTA**
Date of Birth: **1977-10-19**
Location: **A - 085F - -D4-2 - .**

## Account Activity:

Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|-------------|------|-------------|--------|---------|-----|------|------------|-------|
| 11/08/2016 | 120801230 | EPR | OID:102406288-ComisaryPurch-Reg | -24.92 | 0.28 | 0.00 | 0.00 | 0.00 | 0.28 |
| 11/07/2016 | 120790331 | SECUREDEPOSITS | 25511847 Galloway Wendeline | 25.00 | 25.20 | 0.00 | 0.00 | 0.00 | 25.20 |
| 11/01/2016 | 120774292 | EPR | OID:102401074-ComisaryPurch-Reg | -49.80 | 0.20 | 0.00 | 0.00 | 0.00 | 0.20 |
| 10/23/2016 | 120735474 | SECUREDEPOSITS | 25240759 Galloway Wendeline | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |

## Resident Funds Inquiry

Print Page Content
Reset Password
Logout

---

Resident ID: 20161021178    [Submit]

---

Resident ID: **20161021178**
Resident Name: **CECE-JACKOWIAK , VENDETTA**
Date of Birth: **1977-10-19**
Location: **A - 085F - -D4-2 - .**

### Account Activity:

Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|-------------|------|-------------|--------|---------|-----|------|------------|-------|
| 11/08/2016 | 120801230 | EPR | OID:102406288-ComisaryPurch-Reg | -24.92 | 0.28 | 0.00 | 0.00 | 0.00 | 0.28 |
| 11/07/2016 | 120790331 | SECUREDEPOSITS | 25511847 Galloway Wendeline | 25.00 | 25.20 | 0.00 | 0.00 | 0.00 | 25.20 |
| 11/01/2016 | 120774292 | EPR | OID:102401074-ComisaryPurch-Reg | -49.80 | 0.20 | 0.00 | 0.00 | 0.00 | 0.20 |
| 10/23/2016 | 120735474 | SECUREDEPOSITS | 25240759 Galloway Wendeline | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |

USPS.com® - USPS Tracking® Results

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

**Track Another Package +**

Remove ✕

**Tracking Number:** 9505500022097073000020

▶     ▶     ▶    **Delivered**

**On Time**
**Updated Delivery Day:** Thursday, March 16, 2017 ⓘ

## Product & Tracking Information

**See Available Actions**

**Postal Product:**
Priority Mail™

**Features:**
USPS Tracking®
Up to $50 insurance included Restrictions
Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 16, 2017, 4:24 pm** | **Delivered, Front Desk/Reception** | **CHICAGO, IL 60604** |

Your item was delivered to the front desk or reception area at 4:24 pm on March 16, 2017 in CHICAGO, IL 60604.

| | | |
|---|---|---|
| March 16, 2017, 9:23 am | Arrived at Post Office | CHICAGO, IL 60699 |
| March 16, 2017, 5:58 am | Departed USPS Destination Facility | CHICAGO, IL 60607 |
| March 15, 2017, 4:53 pm | Arrived at USPS Destination Facility | CHICAGO, IL 60607 |

**See More ∨**

## Available Actions

**Text Updates**      ∨

**Email Updates**      ∨

**See Less ∧**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)

### There's an easier way to track your packages.

Why jump from page to page to track packages being sent to you? With My USPS™, you can easily track all your packages in one place. Sign up to:

- Set up automatic email and text alerts, so you'll never have to manually track a package again

- Provide delivery instructions, so your carrier knows where to leave packages

### Sign Up

(https://reg.usps.com/entreg/RegistrationAction_input?

(https://www.usps.com/) app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo%2FTrackConfirmAction%21input

**HELPFUL LINKS**
Contact Us
(https://www.usps.com/help/welcome.htm)
Site Index (https://www.usps.com/globals/site-index.htm)
FAQs (http://faq.usps.com/)

**ON ABOUT.USPS.COM**
About USPS Home (http://about.usps.com/)
Newsroom
(http://about.usps.com/news/welcome.htm)
USPS Service Updates
(http://about.usps.com/news/service-alerts/welcome.htm)
Forms & Publications
(http://about.usps.com/forms-publications/welcome.htm)
Government Services
(https://www.usps.com/gov-services/gov-services.htm)
Careers
(http://about.usps.com/careers/welcome.htm)

**OTHER USPS SITES**
Business Customer Gateway
(https://gateway.usps.com/)
Postal Inspectors
(https://postalinspectors.uspis.gov/)
Inspector General (http://www.uspsoig.gov/)
Postal Explorer (http://pe.usps.gov/)
National Postal Museum
(http://www.postalmuseum.si.edu/)
Resources for Developers
(https://www.usps.com/webtools/welcome.htm)

**LEGAL INFORMATION**
Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm)
Terms of Use
(http://about.usps.com/termsofuse.htm)
FOIA (http://about.usps.com/who-we-are/foia/welcome.htm)
No FEAR Act EEO Data
(http://about.usps.com/who-we-are/no-fear-act/welcome.htm)

Copyright © 2017 USPS. All Rights Reserved.

 (https://www.facebook.com/USPS?rf=108501355848630)

 (https://twitter.com/usps)

 (http://www.pinterest.com/uspsstamps/)

 (https://www.youtube.com/usps)







3/31/2017
USPS.com® - USPS Tracking® Results

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

Tracking Number: 9505500022097073000037

▶ ▶ ▶ Delivered

Updated Delivery Day: Friday, March 17, 2017 ⓘ
## Product & Tracking Information

See Available Actions

Postal Product:
Priority Mail™

Features:
USPS Tracking®
Up to $50 insurance included Restrictions
Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 17, 2017, 5:21 am** | **Delivered** | **WASHINGTON, DC 20530** |
| | ▲ | |
| Your item was delivered at 5:21 am on March 17, 2017 in WASHINGTON, DC 20530. | | |
| March 16, 2017, 12:56 pm | Available for Pickup | WASHINGTON, DC 20530 |
| March 16, 2017, 12:02 pm | Arrived at Post Office | WASHINGTON, DC 20018 |
| March 16, 2017, 5:14 am | Arrived at USPS Destination Facility | WASHINGTON, DC 20018 |

See More ∨

## Available Actions

Text Updates ∨

Email Updates ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)

USPS.com® - USPS Tracking® Results

### There's an easier way to track your packages.

Why jump from page to page to track packages being sent to you? With My USPS™, you can easily track all your packages in one place. Sign up to:

- Set up automatic email and text alerts, so you'll never have to manually track a package again

- Provide delivery instructions, so your carrier knows where to leave packages

### Sign Up

**(https://reg.usps.com/entreg/RegistrationAction_input?**

**app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo%2FTrackConfirmAction%21input**

(https://www.usps.com/)

**HELPFUL LINKS**
Contact Us
(https://www.usps.com/help/welcome.htm)
Site Index (https://www.usps.com/globals/site-index.htm)
FAQs (http://faq.usps.com/)

**ON ABOUT.USPS.COM**
About USPS Home (http://about.usps.com/)
Newsroom
(http://about.usps.com/news/welcome.htm)
USPS Service Updates
(http://about.usps.com/news/service-alerts/welcome.htm)
Forms & Publications
(http://about.usps.com/forms-publications/welcome.htm)
Government Services
(https://www.usps.com/gov-services/gov-services.htm)
Careers
(http://about.usps.com/careers/welcome.htm)

**OTHER USPS SITES**
Business Customer Gateway
(https://gateway.usps.com/)
Postal Inspectors
(https://postalinspectors.uspis.gov/)
Inspector General (http://www.uspsoig.gov/)
Postal Explorer (http://pe.usps.gov/)
National Postal Museum
(http://www.postalmuseum.si.edu/)
Resources for Developers
(https://www.usps.com/webtools/welcome.htm)

**LEGAL INFORMATION**
Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm)
Terms of Use
(http://about.usps.com/termsofuse.htm)
FOIA (http://about.usps.com/who-we-are/foia/welcome.htm)
No FEAR Act EEO Data
(http://about.usps.com/who-we-are/no-fear-act/welcome.htm)

Copyright © 2017 USPS. All Rights Reserved.

 (https://www.facebook.com/USPS?rf=108501355848630)

 (https://twitter.com/usps)

 (http://www.pinterest.com/uspsstamps/)

 (https://www.youtube.com/usps)







# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 9505500022097073000044

▶          ▶          ▶     **Delivered**

**On Time**
**Updated Delivery Day:** Thursday, March 16, 2017 ⓘ
## Product & Tracking Information

**See Available Actions**

**Postal Product:**          **Features:**
Priority Mail™          USPS Tracking®
                         Up to $50 insurance included Restrictions
                         Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 16, 2017, 9:53 am** | **Delivered, In/At Mailbox** | **CHICAGO, IL 60601** |
| | ▲ | |
| Your item was delivered in or at the mailbox at 9:53 am on March 16, 2017 in CHICAGO, IL 60601. | | |
| March 16, 2017, 9:23 am | Out for Delivery | CHICAGO, IL 60601 |
| March 16, 2017, 9:13 am | Sorting Complete | CHICAGO, IL 60601 |
| March 16, 2017, 7:16 am | Arrived at Post Office | CHICAGO, IL 60601 |

See More ⌄

## Available Actions

**Text Updates**          ⌄

**Email Updates**          ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)

## There's an easier way to track your packages.

Why jump from page to page to track packages being sent to you? With My USPS™, you can easily track all your packages in one place. Sign up to:

- Set up automatic email and text alerts, so you'll never have to manually track a package again

- Provide delivery instructions, so your carrier knows where to leave packages

### Sign Up

(https://reg.usps.com/entreg/RegistrationAction_input?

app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo%2FTrackConfirmAction%21input

(https://www.usps.com/)

**HELPFUL LINKS**

Contact Us
(https://www.usps.com/help/welcome.htm)
Site Index (https://www.usps.com/globals/site-index.htm)
FAQs (http://faq.usps.com/)

**ON ABOUT.USPS.COM**

About USPS Home (http://about.usps.com/)
Newsroom
(http://about.usps.com/news/welcome.htm)
USPS Service Updates
(http://about.usps.com/news/service-alerts/welcome.htm)
Forms & Publications
(http://about.usps.com/forms-publications/welcome.htm)
Government Services
(https://www.usps.com/gov-services/gov-services.htm)
Careers
(http://about.usps.com/careers/welcome.htm)

**OTHER USPS SITES**

Business Customer Gateway
(https://gateway.usps.com/)
Postal Inspectors
(https://postalinspectors.uspis.gov/)
Inspector General (http://www.uspsoig.gov/)
Postal Explorer (http://pe.usps.gov/)
National Postal Museum
(http://www.postalmuseum.si.edu/)
Resources for Developers
(https://www.usps.com/webtools/welcome.htm)

**LEGAL INFORMATION**

Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm)
Terms of Use
(http://about.usps.com/termsofuse.htm)
FOIA (http://about.usps.com/who-we-are/foia/welcome.htm)
No FEAR Act EEO Data
(http://about.usps.com/who-we-are/no-fear-act/welcome.htm)

Copyright © 2017 USPS. All Rights Reserved.

 (https://www.facebook.com/USPS?rf=108501355848630)     (https://twitter.com/usps)

 (http://www.pinterest.com/uspsstamps/)     (https://www.youtube.com/usps)

