**A PHYSMED DIRECT: PHYSICIANS' MEDICINE DIRECT HOLDINGS**

**FILED**
**MAY 16 2017**
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**



VENDETTA NAGASK CECE-JACKOWIAK A/K/A; D/B/A NOEL ALEXIS KAPETANAKOS
DBA PHYSMED DIRECT: PHYSICIANS' MEDICINE DIRECT HOLDINGS
P.O. BOX 1410
CHICAGO, ILLINOIS 60690
TEL: (224) 600-4144
EMAIL: VCECEJACKOWIAK@GMAIL.COM

MAY 12TH, 2017                                                                                    FRIDAY

MEMORANDUM

U.S. NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION
EVERETT MCKINLEY DIRKSEN BUILDING
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
TEL.: (312) 435-5691
EMAIL: INFO@MAIL.WHITEHOUSE.GOV

RE: CIVIL RIGHTS COMPLAINTS UNDER THE COLOR OF LAW, WELLS FARGO BANK ET AL. 1:17-CV-2671 AND STEWART TITLE GUARANTY COMPANY ET AL. 1:17-CV-2669

DEAR U.S. CONGRESSIONAL SENATE:

AS A RESULT TO THE DELAYED PRODUCTION OF THE DRAFTING, THE STATE OF ILLINOIS PHYSMED DIRECT: PHYSICIANS' MEDICINE DIRECT HOLDINGS DE FACTO CORPORATION'S ("PMD") PUBLIC-PRIVATE PARTNERSHIP ("3P") STATE OF ILLINOIS DOMICILED MEDICAL AUXILIARY NETWORK, INC.'S ("MAN") WORK CONTRIBUTION TO THE AMERICAN HEALTH CARE ACT ("AHCA") OF 2017, THE ABOVE STATED CIVIL RIGHTS COMPLAINTS ARE TO BE CONTINUED FOR THE DEADLINE DUE DATE AS OF THE ABOVE ILLUSTRATED DAY AND DATE.

THEREFORE, FOR THE RESPECT OF ALL INVESTED & INTERESTED PARTIES AND FOR THE BEST OF OUR NATION, WE MUST CONTINUE THE MATTER FOR THE AMENDED COMPLAINTS, SO THE RESULTS OF THE INFRASTRUCTURE WILL BE SATISFACTORY, TILL NEW MEANS MAY BE INSPIRED TO HOLD THE VERY IDEAS THAT BROUGHT US ALL TOGETHER.

WE MUST NOT SHUTTER OR SHUDDER AT OUR DISPOSITION TOWARD ONE ANOTHER, FOR WE DO NOT OR DOES NOT FAIL TO PLEASE EACH OTHER IN GOOD PARTS OF OUR DAYS NOR DO WE FAIL TO DISAPPOINT OUR GAZE AS WE GLANCE AT THE TOUCHING HOPE OF INSPIRATION FOR IT IS THE BEAUTY BOLDNESS BELIEVING BELIEFS COURSING US FORWARD, WE ARE NOT FOOLED BY OR SUGGESTED TO BELIEVE PAST WHAT GOD HAS MADE FOR US.

THIS CORRESPONDENCE LETTER HAS BEEN COMPLETED FOR THE TIME SET HEREIN FROM THE STATE OF ILLINOIS WOMEN'S MAMMARY ANATOMY NETWORK ("WOMAN"), WHOM SINCERELY BELIEVES MAN IS PART OF WHO WE ARE FOR WITHOUT MAN, WE WOULD HAVE A SORROWFUL LETTER.

KINDLY, SEE THE LETTER CORRESPONDENCE THE CONSTRUCTION SITE.

THANK YOU IN ADVANCE FOR YOUR COOPERATION.

SINCERELY,

*[signature]*

VENDETTA NAGASK CECE-JACKOWAIK, ESQ. DBA; AKA MS. NOEL ALEXIS KAPETANAKOS
PHYMSDDIRECT@GMAIL.COM
MEDICALAUXILIARYNETWORK@GMAIL.COM ; MEDICALAUXILIARYNETWORK3@GMAIL.COM
WOMANETWORK@GMAIL.COM