## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Vendetta CeCe Jackowiak
    Plaintiff(s)

v.

Wells Fargo Bank, et al
    Defendant(s)

Case No. 17 C 2671

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ _____ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: Final judgment is entered dismissing this action with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☑ decided by Judge Thomas M. Durkin — a motion

Date: 5/19/2017

Thomas G. Bruton, Clerk of Court
/s/ Sandy Newland _____ , Deputy Clerk