

## A PHYSMED DIRECT: PHYSICIANS' MEDICINE DIRECT HOLDINGS

**FILED**

**JUN 19 2017** TD

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

VENDETTA NAGASK CECE-JACKOWIAK A/K/A; D/B/A NOEL ALEXIS KAPETANAKOS
DBA PHYSMED DIRECT: PHYSICIANS' MEDICINE DIRECT HOLDINGS
P.O. BOX 1410
CHICAGO, ILLINOIS 60690
TEL: (224) 600-4144
EMAIL: VCECEJACKOWIAK@GMAIL.COM

JUNE 12TH, 2017                                                            MONDAY

MEMORANDUM

U.S. NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION    **17CV 2671**
EVERETT MCKINLEY DIRKSEN BUILDING
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604                                **17CV 2669**
TEL.: (312) 435-5691
EMAIL: INFO@MAIL.WHITEHOUSE.GOV

RE: CIVIL RIGHTS COMPLAINTS UNDER THE COLOR OF LAW, WELLS FARGO BANK ET AL. 1:17-CV-2671 AND STEWART TITLE GUARANTY COMPANY ET AL. 1:17-CV-2669

DEAR U.S. NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION CLERK'S OFFICE:

DUE TO THE CURRENT GEORGE N. LEIGHTON CRIMINAL COURT'S CRIMINAL MATTER, CASE NUMBER 16CR5266, THE PEOPLE OF THE STATE OF ILLINOIS V. VENDETTA CECE-JACKOWIAK; WHEREBY, THE ACCUSER, JUDGE REGINA A. SCANNICCHIO OF FIRST MUNICIPAL DISTRICT CIRCUIT COURT OF COOK COUNTY ILLINOIS DOMESTIC RELATIONS DIVISION HAD THE SAID PLAINTIFF, VENDETTA CECE-JACKOWIAK OF THE ABOVE SAID LISTED CIVIL RIGHTS COMPLAINTS WAS UNJUSTLY DETAINED, CONFINED, AND INCARCERATED AS A RESULT OF FALSE ACCUSATIONS THAT WERE DECEPTIVELY CLOAKED AS FABRICATED DIRECT CONTEMPT OF COURT, RESULTING IN A DELAYED PRODUCTION OF THE ABOVE STATED CIVIL RIGHTS CASES SUBMITTED AMENDED COMPLAINTS. SINCE THE SAID CASES ARE TACITLY CONNECTED THE SAID GEORGE N. LEIGHTON CRIMINAL COURT'S CRIMINAL MATTER, AND THERE ARE VARIOUS INVESTIGATIONS UNDERWAY FROM THE SAID ACCUSER'S SELF-INCRIMINATION CAUSED BY AND DIVULGED FROM THE SAID CASE MATTER'S DISCOVERY PROCESS, THE ACCUSER'S SUO SPONTE COURT ORDERS ENTERED AS A RESULT TO HER ILLEGALLY DEMANDED *EX PARTE* COMMUNICATIONS AS OUTLINED WITHIN THE FIRST MUNICIPAL DISTRICT CIRCUIT COURT OF COOK COUNTY ILLINOIS DOMESTIC RELATIONS DIVISION DISSOLUTION OF MARRIAGE POST DECREE MARCH 27TH, 2015 COURT ORDER. THE SAID *EX POST FACTO* COURT ACTIONS ENACTED AND ILLEGALLY ENFORCED; THEREBY, THE ACCUSER LITERALLY VIOLATED THE SAID PLAINTIFF, VENDETTA N. CECE-JACKOWIAK A/K/A; D/B/A NOEL ALEXIS KAPETANAKOS (GALLOWAY)'S CIVIL RIGHTS, PROPERTY RIGHTS, AND PARENTAL RIGHTS THROUGH THE OFFENSES OUTLINED WITHIN TITLE 18 U.S.C. SECTION 242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW. BY EMPLOYING "CONFLICTS OF INTEREST", AS CLAIMED BY THE STATE FARM CASUALTY & FIRE COMPANY ATTORNEY, THE TRIAL ATTORNEY FREDRICK J. SUDEKUM, III. PARTNER AT SUDEKUM, CASSIDY & SHULRUF, CHTD., THE SAID ACCUSER NOT ONLY REFUSED TO RECUSE HERSELF PRIOR TO FABRICATING THE INDIRECT & DIRECT CONTEMPT OF COURT, WHICH LEAD TO THE FALSE SEPTEMBER 10TH, 2016 ACCUSATION, THE SAID ACCUSER VIOLATED THE CIRCUIT COURT OF COOK COUNTY DOMESTIC RELATIONS DIVISION RULE 13.8 CONTEMPT PROCEEDINGS WITH REGARDS TO INDIGENT PERSONS LIKE THE PLAINTIFF VENDETTA N. CECE-JACKOWIAK, WHO HAS HAD GRANTED / APPROVED CIRCUIT COURT OF COOK COUNTY ILLINOIS DOMESTIC RELATIONS DIVISION INDIGENT COURT ORDERS.

TO ADD TO THE DELAY AS A RESULT OF THIS, THE ACCUSER'S BEHAVIOR WAS RETALIATION ENACTED FROM THE ACCUSER'S FURY BY HAVING THE SAID PLAINTIFF WRONGFULLY ARRESTED, UNJUSTLY CONFINED & INCARCERATED WITHIN THE COOK COUNTY ILLINOIS DEPARTMENT OF JUSTICE (COOK COUNTY JAIL) FOR A TOTAL OF APPROXIMATELY SIX (6) MONTHS, WHERE THE PLAINTIFF WAS RELOCATED WITHIN THE

PHYMSDDIRECT@GMAIL.COM<br>
MEDICALAUXILIARYNETWORK@GMAIL.COM ; MEDICALAUXILIARYNETWORK3@GMAIL.COM<br>
WOMANETWORK@GMAIL.COM

PAGE 1 OF 3

## A PhysMed Direct: Physicians' Medicine Direct Holdings



Vendetta Nagask Cece-Jackowiak a/k/a; d/b/a Noel Alexis Kapetanakos
DBA Physmed Direct: Physicians' Medicine Direct Holdings
P.O. Box 1410
Chicago, Illinois 60690
Tel: (224) 600-4144
Email: vcecejackowiak@gmail.com

Said jail without authorization threatened to be hurt or killed by inmates charged with murder & violent offenders & was sexually assaulted within the said facility. The said accuser, Judge Regina A. Scanniccho had unlawfully ordered the said Plaintiff to serve a ninety (90) day sentence without remedy or bail in order to forcibly quiet her and shame her into complying with the accuser's egregious & invalid March 27th, 2015 court order in revenge for reporting the said court order to the Northern District of Illinois Eastern Division, to the former U.S. Senator Mark Kirk's Office, to The Chicago Federal Bureau of Investigations, to the State of Illinois Judicial Inquiry Board, to the State of Illinois Appellant Court for the First District, to the State of Illinois Congressional General Assembly, to the Dean of Law Student's at the said accuser's Law School Alma Matter John Marshall Law School of Chicago and for criminal activity that has been shamelessly inflicted upon me and my family.

The said accuser, Judge Regina A. Scannichio's documented "Conflicts of Interest", can be confirmed by Attorney Fredrick Sudekum of Trial Lawyers Sudekum, Cassidy & Shulruff, Chtd., who counseled Judge Scannichio of the First Municipal District Circuit Court of Cook County Illinois Domestic Relations Division case number 2011D007466 to recuse herself from the said case number prior to falsely accusing the Plaintiff & unjustly having the Plaintiff confined & incarcerated with the Cook County Department of Corrections; i.e. Cook County Jail, motivated by and as a result of Judge Scannichio's documented "Conflicts of Interest" that were instrumentally involved within the Plaintiff's divorce case. Unfortunately, Judge Scannichio deliberately ignored Attorney Sudekum's proper & appropriate guidance. Later, after the fact, Judge Scannichio attempted to recuse herself from the said dissolution case; yet, the First Municipal District Circuit Court of Cook County Illinois Domestic Relations Division's Presiding Judge, Judge Grace Dickler refused to allow Judge Scannicchio to recuse herself after the fact of falsely accusing & jailing the Plaintiff.

The accuser's March 27th, 2015 court order censors the public docket record, violates the Federal & State Freedom of Information Act, which has led to obstruction to justice, along with the many other violations bespoke of to the authorities. These said violations have been exemplified by September 10th, 2016 false accusation made by the same said accuser, whom falsely accused the said Plaintiff again by claiming that the Plaintiff was attempting to break in her home through the accuser's French Doors, when in fact the said Plaintiff was approximately a five (5) hour drive away in another state at the time of the September 19th, 2016 false accusation. Therein, the Plaintiff was bogusly charged with direct contempt & with the federal offense of "Threatening A Public Official".

On March 14th, 2016; the Plaintiff had scheduled an appointment to meet with the Honorable Judge Michael T. Mullen's court clerk named Marcus Bellante in regards to & connection to the First Municipal District Circuit Court of Cook County Illinois Chancery Division case number 2012CH17891 for the Plaintiff's property located at 37 East Thacker Street; Des Plaines, Illinois 60016; whereby, the scheduled meeting with

physmddirect@gmail.com
medicalauxiliarynetwork@gmail.com ; medicalauxiliarynetwork3@gmail.com
womanetwork@gmail.com

A PHYSMED DIRECT: PHYSICIANS' MEDICINE DIRECT HOLDINGS



VENDETTA NAGASK CECE-JACKOWIAK A/K/A; D/B/A NOEL ALEXIS KAPETANAKOS
DBA PHYSMED DIRECT: PHYSICIANS' MEDICINE DIRECT HOLDINGS
P.O. BOX 1410
CHICAGO, ILLINOIS 60690
TEL: (224) 600-4144
EMAIL: VCECEJACKOWIAK@GMAIL.COM

MARCUS BELLANTE WAS PLANNED & DEVISED TO DISCUSS DIRECTIONS, INSTRUCTIONS AND EXPECTATIONS PROVIDED BY THE HONORABLE JUDGE MOSHE JACOBIUS FROM THE PLAINTIFF'S PRESENTED CONCERNS RELATED TO THE FIRST MUNICIPAL DISTRICT CIRCUIT COURT OF COOK COUNTY ILLINOIS DOMESTIC RELATIONS DIVISION CASE NUMBER 2011D007466'S NOVEMBER 23RD, 2011 COURT ENTERED ORDER DIRECTING THE PLAINTIFF'S FORMER SPOUSE TO PAY THE DELINQUENT MORTGAGE NOTE FOUND WITHIN THE CHANCERY DIVISION CASE NUMBER 2012CH17891. INOPPORTUNELY, AS A RESULT OF JUDGE SCANNICCHIO'S UNJUST ACTIONS ON MARCH 14TH, 2016, THE PLAINTIFF WAS UNABLE TO MEET WITH JUDGE MULLEN'S SAID COURT CLERK. TO ENLIGHTEN THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION FEDERAL COURT OF JUDGE MULLEN'S ASTUTENESS, JUDGE MULLEN HAD PERSISTED & OBSCURELY IMPLIED ON SEVERAL OCCASIONS DURING VARIOUS CHANCERY DIVISION COURT PROCEEDINGS FOR CASE NUMBER 2012CH17891 THAT PLAINTIFF HAD BEEN BEING MISTREATED WITHIN THE COOK COUNTY COURTS BECAUSE OF PURE HISTORICAL RACISM, AS THE PLAINTIFF PLACE MUCH EFFORTS FORWARD TOWARD HER ATTEMPTS TO KEEP HER CHILDREN'S ROOF OVER THEIR HEADS FOR AS LONG AS SHE FEASIBLY COULD; THEREIN, THE PLAINTIFF'S REASONING FOR THE PLAINTIFF'S CIVIL RIGHTS' PROPERTY RIGHTS COURT COMPLAINT.

STRANGELY, PRIOR TO JUDGE SCANNICCHIO'S FALSE CLAIMS, THE PLAINTIFF HAD NOT BEEN ACCUSED BY ANY JUDGE OF BEING DISRESPECTFUL BEFORE, AND THE PLAINTIFF HAD BEEN BEFORE NUMEROUS JUDGES; WHEREBY, SHE HAD SHOWN RESPECT TO ALL OF THEM.

THE SAID DELAYED AMENDED COMPLAINT ACCOUNTS FOR THE SIGNIFICANT, FACTUAL AND PROCEDURAL DEVELOPMENTS THAT HAVE OCCURRED SINCE THE ORIGINAL COMPLAINTS WERE FILED WILL INCLUDE THE FEDERAL JURISDICTION QUESTION UNDER TITLE 28 SECTION 1331 OF THE UNITED STATES CODE CONFERS UPON FEDERAL DISTRICT COURTS JURISDICTION OVER "ALL CIVIL ACTIONS ARISING UNDER THE CONSTITUTION, LAWS, OR TREATIES OF THE UNITED STATES"; WHEREBY, TITLE 28 U.S.C. § 1343 ALSO CONFERS JURISDICTION IN ACTIONS AUTHORIZED BY 42 U.S.C. § 1983 AGAINST DEFENDANTS ACTING UNDER COLOR OF STATE LAW, AND TITLE 28 § 1391(A)(2) PROVIDES THAT "THE PROPER VENUE FOR A CIVIL ACTION SHALL BE DETERMINED WITHOUT REGARD TO WHETHER THE ACTION IS LOCAL OR TRANSITORY IN NATURE", THIS TETHERS SUBSECTION 1391(C)(1) TO RESOLVE PROPERTY RIGHTS IN AND / OR OVER WHETHER THE RESIDENCE OF A NATURAL PERSON IS THE SAME AS HER "DOMICILE" BY ANSWERING THE QUESTION IN THE AFFIRMATIVE.

THEREFORE, FOR THE RESPECT OF ALL INVESTED & INTERESTED PARTIES, THE PLAINTIFF VENDETTA N. CECE-JACKOWIAK RESPECTFULLY REQUESTS THAT THE ABOVE SAID CASE MATTERS BE CONTINUE FOR THE AMENDED COMPLAINTS & INVESTIGATIONS.

THANK YOU IN ADVANCE FOR YOUR COOPERATION.

SINCERELY,

*Vendetta Nagask Cece-Jackowiak* (signature)

VENDETTA NAGASK CECE-JACKOWAIK, ESQ. DBA; AKA MS. NOEL ALEXIS KAPETANAKOS (GALLOWAY)

VC-J

PHYMSDDIRECT@GMAIL.COM
MEDICALAUXILIARYNETWORK@GMAIL.COM ; MEDICALAUXILIARYNETWORK3@GMAIL.COM
WOMANETWORK@GMAIL.COM